# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHER DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| THE COMMUNITY CHURCH OF CHESTERLAND OHIO, JESS PEACOCK, MEGAN CARVER, and CONSTANCE BECKER, <br><br> Plaintiffs, <br><br> v. <br><br> AIMENN D. PENNY, CHRIS UTHE, BRANDON PERDUE, SHERRI PERDUE, and UNNAMED MEMBERS OF WHITE LIVES MATTER OHIO <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § | Civil Action No. 1:24-cv-00642-BMB |

## APPEARANCE OF COUNSEL

To: The Clerk of the Court and all parties of record:

I am admitted to practice law in this Court and I appear in this case as counsel for Chris Uthe.

Date:  June 6, 2024

                                                Respectfully submitted,

                                                **MAGANA & VAN DYKE, PLLC**

                                                <u>/s/ Jason Lee Van Dyke</u>
                                                Jason Lee Van Dyke
                                                State Bar No. 24057426
                                                1417 E. McKinney Street, #110
                                                Denton, TX 76209
                                                P – (940) 382-1976
                                                F – (469) 453-3031
                                                Email:  jason@maganavandyke.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2024, a true and accurate copy of the foregoing were served via ECF procedures of this Court to all counsel of record.

/s/ Jason Lee Van Dyke
JASON LEE VAN DYKE