**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

THE COMMUNITY CHURCH OF          :
CHESTERLAND, et al.

     Plaintiffs,                :

    v.                             :          Civil Action No.  1:2024-cv-00642

                                    :

AIMENN D. PENNY, et al.          :

     Defendants.                :

**FILED**

JUN 06 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## MOTION FOR ADMISSION PRO HAC VICE

Comes now Gerald W. Salters, applicant herein, pursuant to Local Civil Rule 83.5(h), and moves this honorable Court to grant admission to the United States District Court, Northern District of Ohio, *pro hac vice* to represent Defendants Brandon Perdue and Sherri Perdue in this case, and would respectfully show this Court as follows:

1.  Applicant is an attorney who practices under the name of "Gary W. Salters" in and for the "Law Offices of Gary W. Salters, LLC" with offices located at 175 South Third Street, Suite 200, Columbus, Ohio, 43215.

2.  Applicant's voice telephone number and facsimile telephone number is (614) 636-5297.  Applicant's email address is gary@salterslegal.com.

3.  Applicant was admitted to practice in the State of Ohio in December of 2002 and his bar registration number is 0075470.

4.  Applicant is not currently admitted to practice in any other states or jurisdictions.

5.  Applicant is currently in good standing with the Supreme Court of the State of Ohio and a certificate of good standing was submitted simultaneously herewith.

1

6. Pursuant to a "consent to discipline" agreement, applicant was suspended from the practice of law from April 18, 2014 to April 13, 2017 in connection with and as a result of being charged with and convicted of Operating a Vehicle while Impaired (OVI), Criminal Trespass, and Child endangerment.  (See *Disciplinary Counsel v. Salters*, 146 Ohio St.3d 1, 2016-Ohio-1505)

7. The final year of the above-said suspension was stayed on conditions and applicant re-entered the practice of law in the State of Ohio on or about May 17, 2016.

8. Applicant has tendered the $120.00 *pro hac vice* admission fee herewith.

WHEREFORE, applicant prays this honorable Court make and enter an order permitting the admission of Gerald "Gary" W. Salters to the Northern District of Ohio *pro hac vice* for the instant case only.

*Gerald W. Salters*
_____
Printed Name of Applicant

_____
Signature of Applicant

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Motion for

Admission *Pro Hac Vice* was served on each attorney of record and the original upon the Clerk of

Court this 4th day of June, 2024.

Gerald W. Salters
_____
Printed Name of Applicant

_____
Signature of Applicant

3