# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHER DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| THE COMMUNITY CHURCH OF CHESTERLAND OHIO, JESS PEACOCK, MEGAN CARVER, and CONSTANCE BECKER, § § § § § Plaintiffs, § § v. § § § § AIMENN D. PENNY, CHRIS UTHE, BRANDON PERDUE, SHERRI PERDUE, and UNNAMED MEMBERS OF WHITE LIVES MATTER OHIO § § § § § § Defendants. § | Civil Action No. 1:24-cv-00642-BMB |

## MOTION TO DISMISS ON BEHALF OF CHRIS UTHE

Defendant, Chris Uthe, by and through the undersigned counsel, moves to dismiss the Plaintiffs' Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for the reasons fully set forth in the memorandum filed with this motion.

Respectfully submitted,

**MAGANA & VAN DYKE, PLLC**

/s/ Jason Lee Van Dyke
Jason Lee Van Dyke
State Bar No. 24057426
1417 E. McKinney Street, #110
Denton, TX 76209
P – (940) 382-1976
F – (469) 453-3031
Email: jason@maganavandyke.com

**Attorney for Chris Uthe**

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2024, a true and accurate copy of the foregoing were served via ECF procedures of this Court to all counsel of record.

/s/ Jason Lee Van Dyke
JASON LEE VAN DYKE