**<u>People v. Jason Lee Van Dyke.</u> 19PDJ021. March 4, 2019.**

The Presiding Disciplinary Judge approved the parties' stipulation to reciprocal discipline and suspended Jason Lee Van Dyke (attorney registration number 47445) for six months, all stayed upon the successful completion of Van Dyke's six-month period of probation in his Texas disciplinary case, effective November 15, 2018.

This reciprocal discipline case arose out of discipline imposed in Texas. On December 28, 2018, Van Dyke and the Texas Commission for Lawyer Discipline entered into a stipulation to discipline. Van Dyke's discipline was premised on his threat to present criminal or disciplinary charges solely to gain an advantage in connection with a civil matter. Van Dyke also continued to represent a client after it reasonably appeared that his representation had become adversely limited by Van Dyke's own interests.

Van Dyke's misconduct constitutes grounds for reciprocal discipline under C.R.C.P. 251.5 and 251.21. The case file is public per C.R.C.P. 251.31.