**<u>People v. Jason Lee Van Dyke.</u> 20PDJ026. May 15, 2020.**

The Presiding Disciplinary Judge approved the parties' conditional admission of misconduct in this reciprocal discipline matter and suspended Jason Lee Van Dyke (attorney registration number 47445) for eighteen months, six months to be served and twelve months to be stayed upon the successful completion of a one-year period of probation. The suspension takes effect June 19, 2020.

This reciprocal discipline case arose out of discipline imposed in Texas. On April 30, 2020, the Wise County Texas District Court accepted an agreement to a partially probated suspension tendered by Respondent and the Texas Commission for Lawyer Discipline. Van Dyke's discipline was premised on his entry of a nolo contendere plea to criminal charges of making a false police report.

Through this conduct, Van Dyke engaged in conduct constituting grounds for reciprocal discipline under C.R.C.P. 251.21.

The case file is public per C.R.C.P. 251.31.