# U.S. District Court
## Northern District of Texas (Dallas)
### CIVIL DOCKET FOR CASE #: 3:19-mc-00018-B

In Re: Jason Lee Van Dyke  
Assigned to: Judge Jane J Boyle  
Cause: No cause code entered

Date Filed: 03/11/2019  
Date Terminated: 06/11/2020

**In Re**

**Jason Lee Van Dyke**

represented by **Jason Lee Van Dyke**  
The Van Dyke Law Firm PLLC  
108 Durango Drive  
Crossroads, TX 76227  
469-687-9526  
Email: jasonleevandyke@protonmail.com  
PRO SE

**Jason Lee Van Dyke**  
Magana & Van Dyke PLLC  
1417 E McKinney Street  
Suite 110  
Denton, TX 76210  
940-382-1976  
Email: jason@maganavandyke.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/11/2019 | 1 | Order Re: Attorney Disciplinary Action as to Jason Lee Van Dyke. Standing Order to show cause why this court should not impose reciprocal discipline. (Mr. Van Dyke received an Agreed Judgment of Partially Probated Suspension from the State Bar of Texas. Active suspension period: 03/01/19- 5/31/19). Cases Report for Internal Users accessible here. Show Cause Response due by 4/1/2019. (Ordered by Judge Jane J. Boyle on 3/11/2019) (Attachments: # 1 Public Judgment Alert and Judgment from the State Bar of Texas) (ali) (Entered: 03/11/2019) |

| | | |
|---|---|---|
| 03/18/2019 | 2 | RESPONSE TO SHOW CAUSE ORDER 1 filed by Jason Lee Van Dyke. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # 1 Exhibit(s) Retzlaff Grievance, # 2 Exhibit(s) Retzlaff Letter to KLR, # 3 Exhibit(s) Retzlaff Harassment of KLR, # 4 Exhibit(s) Pedophile Allegation, # 5 Exhibit(s) Harassment of Family, # 6 Exhibit(s) 2d Amended Petition, # 7 Exhibit(s) Answers to Interrogatories, # 8 Exhibit(s) Retzlaff Criminal History, # 9 Exhibit(s) Retzlaff Termination, # 10 Exhibit(s) Retzlaff Kid Affidavits, # 11 Exhibit(s) Retzlaff Email)Attorney Jason Lee Van Dyke added to party Jason Lee Van Dyke(pty:inre) (Van Dyke, Jason) Modified text to match document on 3/18/2019 (dsr). (Entered: 03/18/2019) |
| 03/21/2019 | 3 | Order: Counsels response 2 fails to address the local provisions for reciprocal discipline. Accordingly, counsel shall file a supplemental response to the courts show cause order 1 on or before March 28, 2019. The supplemental response shall state why this court should not impose a reciprocal sanction under Rule 57.8(a) and (h). (Ordered by Judge Jane J. Boyle on 3/21/2019) (ali) (Entered: 03/21/2019) |
| 03/21/2019 | 4 | Supplemental Response by Jason Lee Van Dyke as to 2 Answer to Complaint. (Van Dyke, Jason) Modified title on 3/22/2019 (mla). (Entered: 03/21/2019) |
| 04/01/2019 | 5 | ORDER: This case is STAYED until further order of the court. (Ordered by Judge Jane J. Boyle on 4/1/2019) (aaa) (Entered: 04/01/2019) |
| 06/09/2020 | 6 | Order Re: Attorney Disciplinary Action as to Jason Lee Van Dyke. Standing Order to show cause why this court should not impose reciprocal discipline. (Mr. Van Dyke agreed to a Judgment of Partially Probated Suspension from the State Bar of Texas. Active suspension period: 05/01/20-10/31/20). Cases Report for Internal Users accessible here. Attorney Response due in 14 days. (Ordered by Judge Jane J. Boyle on 6/9/2020) (Attachments: # 1 Agreed Judgment of Partially Probated Suspension) (ali) (Additional attachment(s) added on 6/19/2020: # 2 Attorney self reported this suspension - Letter from attorney is attached) (ali). (Entered: 06/09/2020) |
| 06/10/2020 | 7 | RESPONSE filed by Jason Lee Van Dyke re: 6 Attorney Disciplinary Order,, (Attachments: # 1 Exhibit(s) Ex. 1) (Van Dyke, Jason) (Entered: 06/10/2020) |
| 06/11/2020 | 8 | ELECTRONIC ORDER Re: Attorney Disciplinary Action as to Jason Van Dyke. The stay imposed in Order # 5 is lifted. Jason Lee Van Dyke does not oppose reciprocal discipline. The clerk shall impose reciprocal discipline, and Mr. Van Dyke is suspended from practicing in the Northern District of Texas from 5/1/2020 to 10/31/2021 according to the terms of the Agreed Judgment of Partially Probated Suspension (See Order #6-1 for details). If the attorney has an active ECF account, it will be terminated as of this date. Cases Report for Internal Users accessible here. (Ordered by Judge Jane J. Boyle on 6/11/2020) (ali) (Entered: 06/11/2020) |
| 11/23/2020 | 9 | MOTION to Reinstate filed by Jason Lee Van Dyke (Attachments: # 1 Proposed Order) (ali) (Entered: 11/23/2020) |
| 12/04/2020 | 10 | Electronic ORDER granting 9 Motion for reinstatement: The Court finds that Mr. Van Dyke has been reinstated as an attorney licensed to practice law in the State of Texas and that he is a member in good standing of the State Bar of Texas. The Court also finds that, except for out-of-state reciprocal discipline relating or pertaining to the same matter for which Respondent was |

| | | |
|---|---|---|
| | | suspended by this Court, there are no disciplinary actions pending against Mr. Van Dyke. The clerk is directed to reinstate Mr. Jason Lee Van Dyke as a member of the bar of this Court and restore his ECF filing privileges. (Ordered by Judge Jane J. Boyle on 12/4/2020) (lrl) (Entered: 12/04/2020) |
| 05/01/2023 | 11 | Correspondence received from Jason Lee Van Dyke regarding discipline imposed by the Georgia Supreme Court (Disciplinary period has already passed.) (rekc) (Entered: 05/01/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/18/2024 17:03:00 | | | |
| **PACER Login:** | vandyke1856 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:19-mc-00018-B |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |