# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| IN THE MATTER OF § § § § § § JASON LEE VAN DYKE § | Case No. 6:20-mc-9-JDK |

## ORDER DISCHARGING PROBATED SUSPENSION

Before the Court is Jason Lee Van Dyke's motion to terminate his probated suspension (Docket No. 17).

On June 12, 2020, the Court suspended Mr. Van Dyke from the practice of law in this District for eighteen months, including an active suspension from June 12, 2020 through December 11, 2020, and a probated suspension from December 12, 2020 through December 12, 2021. Docket No. 6 at 5.

On December 9, 2020, this Court ordered Movant reinstated as a member of the bar of this Court, effective December 12, 2020, with Mr. Van Dyke remaining on probation through December 12, 2021. Docket No. 15. The period of probation has now expired. Accordingly, the Court hereby **GRANTS** the motion and **ORDERS** that Mr. Van Dyke is immediately discharged from the probated portion of his suspension from the practice of law in the Eastern District of Texas. The Clerk of Court is instructed to close this proceeding.

So **ORDERED** and **SIGNED** this **24th** day of **January, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE