# Marsala Law Group
## *Attorneys at Law*

| | |
|---|---|
| 1417 E. McKinney St., Ste 110 | *Dominick Marsala, Partner* |
| Denton, TX 76209 | *Jenna Magaña, Partner* |
| (940) 382-1976 | *Jason Van Dyke, Partner* |
| (469) 453-3031 fax | jason@marsalalawgroup.com |

April 18, 2023

U.S. District Clerk's Office  via CMRRR No. 7022 1670 0001 6590 0567
Attn: Judge Biery's Chambers
262 West Nueva Street
San Antonio, Texas 78207

*[handwritten annotation: OK to reinstate no fee required]*

Dear Sir or Madame Clerk:

    I am writing concerning my status with the U.S. District Court for the Western District of Texas. My state bar number is 24057426.

    I had some disciplinary issues between approximately December of 2018 and May of 2020. All of these were duly reported to the Court by mail, as required by the local rules, to the clerk's office in Waco. It was my understanding under Local Rule AT-7 that, if the Western District of Texas was to impose discipline, that I would receive a referral to a district disciplinary committee and be able to avail myself of the procedure set forth in Local Rule AT-7(f). I never received notice of any such referral.

    Today, the Georgia Supreme Court addressed the very last of those pending issues from that period of time with the attached order. I am fully reinstated in Texas, Colorado, Georgia, and the District of Columbia. I have served all reciprocal discipline that was ordered by the U.S. District Courts for the Eastern and Northern districts of Texas and have been discharged from the probated portion of those suspensions. Naturally, I was surprised to contact the attorney admissions office today and learn that I had been suspended by order of Judge Biery in the Western District of Texas and that I had not yet been reinstated.

    I am writing today to notify the Court of this final order and to determine what I need to do in order to become fully reinstated in the Western District of Texas since I never had notice of any proceedings against me by a district disciplinary or otherwise in the Western District.

                                            Very truly yours,

                                            Jason Lee Van Dyke
                                            Attorney & Counselor at Law