

# THE UNITED STATES OF AMERICA

## United States Court of Appeals for the Sixth Circuit

I, Kelly L. Stephens, Clerk do hereby certify that

### Jason Lee Van Dyke

of Denton, Texas, being duly qualified, was admitted as an Attorney and Counselor of the United States Court of Appeals for the Sixth Circuit on the 2nd day of July, A.D. 2024.

In testimony whereof, Thereunto subscribe my name and affix the seal of the United States Court of Appeals for the Sixth Circuit at my office in Cincinnati, Ohio, on the 2nd day of July, A.D. 2024.

*Kelly L. Stephens*
Clerk of Court

