

## UNITED STATES COURT OF APPEALS

For the Eighth Circuit

I, Maureen W. Gornik, Acting Clerk of the United States Court of Appeals for the Eighth Circuit, do hereby certify that

Jason Lee Van Dyke

of Denton, Texas, being duly qualified, was admitted as an Attorney and Counselor of the United States Court of Appeals for the Eighth Circuit on the 27th day of June, A.D. 2024.



In Testimony Whereof, I hereunto subscribe my name and affix the seal of the United States Court of Appeals for the Eighth Circuit at my office in St. Louis, Missouri, on the 27th day of June, A.D. 2024.

Maureen Wat Gornik
Acting Clerk