# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| THE COMMUNITY CHURCH OF CHESTERLAND OHIO, JESS PEACOCK, MEGAN CARVER, and CONSTANCE BECKER, <br><br> Plaintiffs, <br><br> v. <br><br><br> AIMENN D. PENNY, CHRIS UTHE, BRANDON PERDUE, SHERRI PERDUE, and UNNAMED MEMBERS OF WHITE LIVES MATTER OHIO <br><br> Defendants. | Civil Action No. 1:24-cv-00642-BMB |

## MOTION TO SUBSTITUTE COUNSEL

COMES NOW Jason Lee Van Dyke, attorney for Chris Uthe, in the above-numbered and styled case, and makes this Motion to Substitute Counsel.

### I.   FACTS

The undersigned counsel is an attorney licensed to practice before this Court and is currently representing Chris Uthe in this case. It has come to counsel's attention that Gary W. Salters, attorney for Brandon Perdue and Sherri Perdue, wishes to withdraw from representing them in this matter. The undersigned counsel has agreed to represent Brandon Perdue and Sherri Perdue in the above-numbered and styled case. Chris Uthe, Brandon Perdue, and Sherri Perdue have been fully advised by the undersigned counsel concerning the dangers and disadvantages of a single attorney representing

multiple clients in a case of this nature. Counsel is of the opinion that they understand these potential risks.

## II. PRAYER

WHEREFORE, PREMISES CONSIDERED, Movant prays that this Honorable Court enter an order permitting Gary W. Salters to withdraw from representing Brandon Perdue and Sherri Perdue and that Jason Lee Van Dyke be substituted as attorney for Brandon Perdue and Sherri Perdue.

Date: October 21, 2024

                                              Respectfully submitted,

                                              **MAGANA & VAN DYKE, PLLC**

                                              <u>/s/ Jason Lee Van Dyke</u>
                                              Jason Lee Van Dyke
                                              Tex. Bar No. 24057426
                                              1417 E. McKinney Street, #110
                                              Denton, TX 76209
                                              P – (940) 382-1976
                                              F – (469) 453-3031
                                              Email: jason@maganavandyke.com

## CERTIFICATE OF CONFERENCE

By their electronic signatures below, the following parties represent to the Court that they are unopposed to the relief requested in this motion:

/s/ Justin E. Herdman (w/ permission)

Justin E. Herdman (OH #80418)
Michael S. Quinlan (OH #88386)
JONES DAY
North Pointe
901 Lakeside Avenue
Cleveland, OH 44114
Tel: (216) 586-3939
Fax: (216) 579-0212
jherdman@jonesday.com
msquinlan@jonesday.com


/s/ Gary W. Salters (w/ permission)

Gary W. Salters (OH # 0075470)
175 South Third St., Suite 200
Columbus, OH 43215
Tel: (614) 636-5297
Fax: (614) 386-0184
gary@salterslegal.com


## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2024, a true and accurate copy of the foregoing were served via ECF procedures of this Court to all counsel of record.

/s/ Jason Lee Van Dyke
JASON LEE VAN DYKE