# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| THE COMMUNITY CHURCH OF CHESTERLAND OHIO, JESS PEACOCK, MEGAN CARVER, and CONSTANCE BECKER,<br><br>Plaintiffs,<br><br>v.<br><br>AIMENN D. PENNY, BRANDON PERDUE, SHERRI PERDUE, CHRIS UTHE, and UNNAMED MEMBERS OF WHITE LIVES MATTER OHIO,<br><br>Defendants. | Civil Action No. 1:24-cv-00642-BMB<br><br>Judge Bridget Meehan Brennan<br><br><br><br>**JOINT MOTION FOR LEAVE TO DEPOSE INCARCERATED DEFENDANT AIMENN D. PENNY** |

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), Plaintiffs The Community Church of Chesterland, Ohio, Jess Peacock, Megan Carver, and Constance Becker ("Plaintiffs") and Defendants Chris Uthe, Brandon Perdue, and Sherri Perdue (together "Defendants") (collectively with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby move this Court for leave to take the sworn deposition of Defendant Aimenn D. Penny (#51942-510), who is currently an inmate in the custody of the United States Bureau of Prisons and housed at FCI Hazelton, in Bruceton Mills, West Virginia. The grounds for this Motion are fully supported in the accompanying Memorandum in Support of Joint Motion for Leave to Depose Incarcerated Defendant Aimenn D. Penny, which is incorporated herein by reference.

1

Dated:  May 6, 2025                                              Respectfully submitted,

/s/ *Justin E. Herdman*
Justin E. Herdman (OH #80418)
Michael S. Quinlan (OH # 88386)
**JONES DAY**
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Tel:  (216) 586-3939
Fax:  (216) 579-0212
jherdman@jonesday.com
msquinlan@jonesday.com

/s/ *James Pasch*
James Pasch (OH #0086809)
**Anti-Defamation League**
605 Third Avenue
New York, NY 10158-3650
Tel: 212-885-5806
jpasch@adl.org

*Attorneys for Plaintiffs*
*Community Church of Chesterland Ohio,*
*Jess Peacock, Megan Carver, and*
*Constance Becker*

/s/ *Jason Lee Van Dyke* (with consent)
Jason Lee Van Dyke (Tex. Bar No. 24057426)
**MAGANA & VAN DYKE, PLLC**
1417 E. McKinney Street, #110
Denton, TX 76209
Tel: (940) 382-1976
Fax: (469) 453-3031
jason@maganavandyke.com

*Counsel for Chris Uthe, Brandon Perdue, and Sherri Perdue*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 6, 2025, a copy of the foregoing was filed with the Clerk of the Court via the Court's CM/ECF system, which will send notification to all counsel of record.  Further, a copy of the foregoing was sent via USPS First Class Mail to the following:

Aimenn D.Penny (#51942-510)
FCI Hazelton
Federal Correctional Institution
P.O. Box 5000
Bruceton Mills, WV 26525

                                                */s/ Justin E. Herdman*
                                                Justin E. Herdman (OH #80418)

                                                *Attorneys for Plaintiffs*
                                                *Community Church of Chesterland Ohio,*
                                                *Jess Peacock, Megan Carver, and*
                                                *Constance Becker*