# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| THE COMMUNITY CHURCH OF CHESTERLAND OHIO, JESS PEACOCK, MEGAN CARVER, and CONSTANCE BECKER, <br><br> Plaintiffs, <br><br> v. <br><br> AIMENN D. PENNY, BRANDON PERDUE, SHERRI PERDUE, CHRIS UTHE, and UNNAMED MEMBERS OF WHITE LIVES MATTER OHIO, <br><br> Defendants. | Civil Action No. 1:24-cv-00642-BMB <br><br> Judge Bridget Meehan Brennan <br><br><br> **[PROPOSED] ORDER GRANTING JOINT MOTION FOR LEAVE TO DEPOSE INCARCERATED DEFENDANT AIMENN D. PENNY** |

Pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, the Court grants leave to Plaintiffs The Community Church of Chesterland Ohio, Jess Peacock, Megan Carver, and Constance Becker as well as Defendants Chris Uthe, Brandon Perdue, and Sherri Perdue to depose Defendant Aimenn D. Penny (#51942-510), who is currently an inmate in the custody of the United States Bureau of Prisons and housed at FCI Hazelton, in Bruceton Mills, West Virginia. Before proceeding with the deposition, the Parties shall give notice of this Order to the prison housing the witness and coordinate with that institution to set the date, time, and place of the deposition.

**SO ORDERED.**

Dated: May ___, 2025

_____
Judge Bridget Meehan Brennan
United States District Judge
Northern District of Ohio
