UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE COMMUNITY CHURCH OF CHESTERLAND, OHIO, *et al.*, | ) ) ) | CASE NO.  1:24-cv-00642 |
| | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| | ) | **ORDER** |
| AIMENN PENNY, *et al.*, | ) ) | |
| Defendants. | ) | |

Plaintiffs The Community Church of Chesterland, Ohio ("Community Church"), Jess Peacock, Megan Carver, and Constance Becker (together "Plaintiffs") move for an order to show cause after non-party Sergeant Robert Cummings ("Sgt. Cummings") failed to comply with a subpoena seeking the production of documents.  (Doc. 43.)  For the reasons below, the motion is GRANTED.

This is a civil rights case stemming from the March 25, 2023 firebombing of the Community Church.  (Doc. 1 at ¶¶ 1, 58, 130.)  Plaintiffs allege Defendants Aimenn Penny, Brandon Perdue, Sherri Perdue, Chris Uthe, and other unnamed members of White Lives Matter Ohio conspired to damage the Community Church because of discriminatory animus towards Plaintiffs' religious beliefs and practices.  (*Id.* at ¶ 2.)  As relevant to Plaintiffs' show cause motion, Plaintiffs state Sgt. Cummings worked for the now-closed Fairmount Security Group ("Fairmount").  (Doc. 43 at 494.)  Fairmount provided security services for Community Church's drag brunch and story hour on April 1, 2023, following the bombing.  (*Id.*)  Prior to the bombing, Fairmount provided Community Church with a security assessment after the White Lives Matter Ohio event in Wadsworth, Ohio held on March 11, 2023.  (*Id.*)  The assessment identified

members of White Lives Matter Ohio, including Aimenn Penny, that may pose a threat to

Community Church's event.  (*Id.*)

On April 1, 2025, Plaintiffs attempted to serve Sgt. Cummings with a Rule 45 subpoena

via USPS certified mail.  (Doc. 43-1 at 500.)  The subpoena went unclaimed (Doc. 43-2 at 525),

and so on May 12, 2025, Plaintiffs served the subpoena via a process server (Doc. 43-4 at 552-

53.)  The process server served the subpoena on Sgt. Cummings' son at Sgt. Cummings' home

address.  (*Id.*)  The subpoena requested Sgt. Cummings produce the following:

1.      The security assessment You performed for the Fairmount Group on behalf of
        Community Church in or around March 2023.

2.      All Documents and Communications related to any security services You
        provided to Community Church.

3.      All Documents and Communications related to Community Church.

(Doc. 43-3 at 536.)  To date, Sgt. Cummings has not responded to the subpoena.  (Doc. 43 at

495.)

Rule 45 of the Federal Rules of Civil Procedure governs the issuance of subpoenas.

Under Rule 45(g), a court "may hold in contempt a person who, having been served, fails

without adequate excuse to obey the subpoena or an order related to it."  A party seeking a

contempt order "must produce clear and convincing evidence that shows that [the recipient of the

subpoena] violated a definite and specific order of the court requiring him to perform or refrain

from performing a particular act or acts with knowledge of the court's order."  *Elec. Workers*

*Pension Tr. Fund of Local Union #58, IBEW v. Gary's Elec. Serv. Co.*, 340 F.3d 373, 379 (6th

Cir. 2003) (citation and quotation omitted).  "Once the movant establishes his prima facie case,

the burden shifts to the contemnor who may defend by coming forward with evidence showing

that he is *presently* unable to comply with the court's order."  *Id.* (citing *United States v.*

*Rylander*, 460 U.S. 752, 757, 103 S.Ct. 1548, 75 L.Ed.2d 521 (1983)).  "To meet this production burden in this circuit 'a defendant must show categorically and in detail why he or she is unable to comply with the court's order.'"  *Id.* (quoting *Rolex Watch U.S.A., Inc. v. Crowley*, 74 F.3d 716, 720 (6th Cir. 1996)).

Plaintiffs demonstrated they properly served Sgt. Cummings with a Rule 45 subpoena. Sgt. Cummings failed to comply with the subpoena or otherwise respond.  Accordingly, Plaintiffs' motion for a show cause order is GRANTED.  Sergeant Robert Cummings is hereby ORDERED to appear on **August 13, 2025** at **9:00 a.m. EST** in Courtroom 15B of the Carl B. Stokes U.S. Courthouse, 801 West Superior Ave., Cleveland, Ohio 44113, to show cause as to why he should not be held in contempt of court for failure to comply with the subpoena.  If Sgt. Cummings complies with the subpoena <u>and</u> if Sgt. Cummings provides the Court with proof of his compliance on or before **August 6, 2025**, the Court will cancel the hearing.  A copy of this Show Cause Order will be served on Robert Cummings at 3528 Palmerston Road, Shaker Heights, Ohio 44122 via Federal Express, overnight delivery.

**IT IS SO ORDERED.**

Date: July 23, 2025

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE