UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE COMMUNITY CHURCH OF CHESTERLAND OHIO, *et al.*, | CASE NO. 1:24-cv-00642 |
| Plaintiffs, | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | |
| AIMENN PENNY, *et al.*, | **SHOW CAUSE ORDER** |
| Defendants. | |

On July 23, 2025, the Court granted Plaintiffs' Motion for a Show Cause Hearing (Doc. 43) and entered a Show Cause Order ("Order") (Doc. 48) setting a hearing date of August 13, 2025, at 9:00 a.m. EST, in Courtroom 15B of the Carl B. Stokes U.S. Courthouse, to determine whether non-party Sergeant Robert Cummings ("Sgt. Cummings") was in contempt of Court for failing to comply with a lawfully issued subpoena *duces tecum* ("subpoena"). A copy of the Order was sent to Sgt. Cummings at his known address via Federal Express Overnight Delivery. Federal Express records indicate delivery was made on July 24, 2025.[1] Plaintiffs' counsel Justin E. Herdman and April M. Johnson appeared for the Show Cause Hearing. Sgt. Cummings did not.

In their Motion and attached exhibits, Plaintiffs provide evidence that Sgt. Cummings was served on May 14, 2025, with a subpoena commanding the production of certain requested documents on May 29, 2025. (Docs. 43-3, 43-4.) Plaintiffs' counsel represented that Sgt. Cummings has not (1) been in contact with them, (2) objected to the subpoena, (3) moved to

---

[1] A copy of the Federal Express online records regarding delivery were filed on the docket as Doc. 51.

quash the subpoena, or (4) produced any responsive documents.

The Court's Order plainly commanded Sgt. Cummings to appear and show cause why he should not be held in contempt of Court for failing to comply with the subpoena. The date, time, and location of today's Show Cause Hearing were clearly stated. Moreover, the Court stated that the Show Cause Hearing would be cancelled if Sgt. Cummings complied with the subpoena sufficiently in advance of the hearing. (*Id.* at 662.)

In light of Sgt. Cummings' failure to appear for today's Show Cause Hearing and the unresolved matter of Sgt. Cummings' alleged failure to comply with the subpoena, Sgt. Cummings is hereby ORDERED to appear on **September 15, 2025**, at **9:00 a.m. EST**, in **Courtroom 15B of the Carl. B. Stokes U.S. Courthouse, 801 West Superior Ave., Cleveland, Ohio 44113**, to show cause as to why he should not be held in contempt of court for failure to (1) comply with the subpoena and (2) appear for today's Show Cause Hearing.

The U.S. Marshals Service is ORDERED to personally serve a copy of this Order on Sgt. Cummings. Sgt. Cummings' failure to appear on **September 15, 2025**, at **9:00 a.m. EST**, in **Courtroom 15B of the Carl. B. Stokes U.S. Courthouse, 801 West Superior Ave., Cleveland, Ohio 44113**, will result in the issuance of a warrant for his arrest.

**IT IS SO ORDERED.**

Date:   August 13, 2025

BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE