## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| THE COMMUNITY CHURCH OF CHESTERLAND OHIO, JESS PEACOCK, MEGAN CARVER, and CONSTANCE BECKER, | Civil Action No. 1:24-cv-00642-BMB <br><br> Judge Bridget Meehan Brennan |
| Plaintiffs, | |
| v. | |
| AIMENN D. PENNY, BRANDON PERDUE, SHERRI PERDUE, CHRIS UTHE, and UNNAMED MEMBERS OF WHITE LIVES MATTER OHIO, | **JOINT MOTION TO STAY ALL CASE DEADLINES** |
| Defendants. | |

Plaintiffs The Community Church of Chesterland, Ohio, Jess Peacock, Megan Carver, and Constance Becker ("Plaintiffs") and Defendants Chris Uthe, Brandon Perdue, and Sherri Perdue ("Defendants"), by and through their undersigned counsel, respectfully move this Court for an order staying all case deadlines until the United States Government shutdown has ended.   In support of this motion, Plaintiffs and Defendants (collectively, the "Parties") state as follows:

1. On November 21, 2024, the Court entered the Scheduling Order for this matter. (ECF 30).

2. On July 17, 2025, the Court granted the Parties' Joint Motion to Extend Case Deadlines (Non-Document Order July 17, 2025).

3. The United States Government shutdown began on October 1, 2025.

4. The current deadline for non-expert discovery to be completed is November 20, 2025.

5.      The Parties are currently engaging in discovery, but will need additional time to complete depositions. Indeed, as the Parties understand that the employees of the Federal Bureau of Prisons ("BOP") are currently furloughed. Therefore, the Parties are unable to work with the BOP to schedule the deposition of Defendant Aimenn Penny, who is incarcerated at FCI Hazelton, at this time.

6.      Because it is unclear when the government shutdown will end, the Parties are not proposing an extension of case deadlines by a specific number of days.

7.      The Parties will propose a 60-day extension of case deadlines with specific dates once the government shutdown has ended.

8.      This request is made in good faith and not to cause delay.  This extension will not prejudice the Parties in this matter.

Accordingly, for the reasons set forth above, the Parties jointly request that the Court enter an order to stay the current case deadlines until the government shut down has ended.  A Proposed Order is attached for the Court's consideration.

Dated:  October 30, 2025              Respectfully submitted,

*/s/ Justin E. Herdman*
Justin E. Herdman (OH #80418)
Michael S. Quinlan (OH # 88386)
**JONES DAY**
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Tel:  (216) 586-3939
Fax:  (216) 579-0212
jherdman@jonesday.com
msquinlan@jonesday.com

*/s/ James Pasch*
James Pasch (OH #0086809)
**Anti-Defamation League**
605 Third Avenue
New York, NY 10158-3650
Tel: 212-885-5806
jpasch@adl.org

*Attorneys for Plaintiffs*
*Community Church of Chesterland Ohio,*
*Jess Peacock, Megan Carver, and*
*Constance Becker*

*/s/ Jason Lee Van Dyke* (with consent)
Jason Lee Van Dyke (Tex. Bar No.
24057426)
**MAGANA & VAN DYKE, PLLC**
1417 E. McKinney Street, #110
Denton, TX 76209
Tel: (940) 382-1976
Fax: (469) 453-3031
jason@maganavandyke.com

*Counsel for Chris Uthe, Brandon Perdue,*
*and Sherri Perdue*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on October 30, 2025, a copy of the foregoing was filed with the Clerk of the Court via the Court's CM/ECF system, which will send notification to all counsel of record.  Further, a copy of the same was sent via USPS First Class Mail to the following:

Aimenn D. Penny (#51942-510)
FCI Hazelton
Federal Correctional Institution
P.O. Box 5000
Bruceton Mills, WV 26525

*/s/ Justin E. Herdman*
Justin E. Herdman (OH #80418)

*Attorneys for Plaintiffs*
*Community Church of Chesterland Ohio,*
*Jess Peacock, Megan Carver, and*
*Constance Becker*