# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| THE COMMUNITY CHURCH OF CHESTERLAND OHIO, JESS PEACOCK, MEGAN CARVER, and CONSTANCE BECKER,<br><br>Plaintiffs,<br><br>v.<br><br>AIMENN D. PENNY, BRANDON PERDUE, SHERRI PERDUE, CHRIS UTHE, and UNNAMED MEMBERS OF WHITE LIVES MATTER OHIO,<br><br>Defendants. | Civil Action No. 1:24-cv-00642-BMB<br><br>Judge Bridget Meehan Brennan<br><br><br>**MOTION TO DISMISS PLAINTIFF JESS PEACOCK'S CLAIMS AGAINST ALL DEFENDANTS** |

Pursuant to Rules 21 and 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Jess Peacock ("Plaintiff Peacock"), hereby moves to dismiss all of her claims as asserted in the above-styled action against Defendants Aimenn Penny, Chris Uthe, Brandon Perdue, and Sherri Perdue ("Defendants") without prejudice, with each party to bear their own attorneys' fees, costs, and expenses.

All claims asserted by the remaining Plaintiffs, The Community Church of Chesterland, Ohio, Megan Carver, and Constance Becker against Defendants shall proceed.

Dated:  December 5, 2025

Respectfully submitted,

*/s/ Justin E. Herdman*

Justin E. Herdman (OH #80418)
Michael S. Quinlan (OH # 88386)
**JONES DAY**
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Tel:  (216) 586-3939
Fax:  (216) 579-0212
jherdman@jonesday.com
msquinlan@jonesday.com

*/s/ James Pasch*

James Pasch (OH #0086809)
**Anti-Defamation League**
605 Third Avenue
New York, NY 10158-3650
Tel: 212-885-5806
jpasch@adl.org

*Attorneys for Plaintiffs*
*Community Church of Chesterland Ohio,*
*Jess Peacock, Megan Carver, and*
*Constance Becker*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 5, 2025, a copy of the foregoing was filed with the Clerk of the Court via the Court's CM/ECF system, which will send notification to all counsel of record. Further, a copy of the same was sent via USPS First Class Mail to the following:

Aimenn D. Penny (#51942-510)
FCI McDowell
Federal Correctional Institution
P.O. Box 1009
Welch, WV 24801

/s/ Justin E. Herdman
Justin E. Herdman (OH #80418)

*Attorneys for Plaintiffs*
*Community Church of Chesterland Ohio,*
*Jess Peacock, Megan Carver, and*
*Constance Becker*