UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE COMMUNITY CHURCH OF CHESTERLAND OHIO, *et al.*, | CASE NO.  1:24-cv-00642 |
| Plaintiffs, | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | |
| AIMENN PENNY, *et al.*, | **ORDER** |
| Defendants. | |

On December 5, 2025, Plaintiff Jess Peacock moved to dismiss without prejudice all her claims asserted against Defendants Aimenn Penny, Chris Uthe, Brandon Perdue, and Sherri Perdue.  (Doc. 58.)  Pursuant to Rule 21 of the Federal Rules of Civil Procedure, the claims asserted by Plaintiff Jess Peacock against Defendants Aimenn Penny, Chris Uthe, Brandon Perdue, and Sherri Perdue are DISMISSED without prejudice.

**IT IS SO ORDERED.**

Date:  December 8, 2025

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE