**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| THE COMMUNITY CHURCH OF CHESTERLAND OHIO, JESS PEACOCK, MEGAN CARVER, and CONSTANCE BECKER,<br><br>       Plaintiffs,<br><br>       v.<br><br>AIMENN D. PENNY, BRANDON PERDUE, SHERRI PERDUE, CHRIS UTHE, and UNNAMED MEMBERS OF WHITE LIVES MATTER OHIO,<br><br>       Defendants. | Civil Action No. 1:24-cv-00642-BMB<br><br>Judge Bridget Meehan Brennan<br><br><br><br>**MOTION TO DISMISS DEFENDANT SHERRI PERDUE** |

Pursuant to Rules 21 and 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs The Community Church of Chesterland, Ohio, Megan Carver, and Constance Becker ("Plaintiffs"), by and through their undersigned counsel, respectfully move this Court for an order dismissing Defendant Sherri Perdue only from the above-styled action without prejudice, with each party to bear their own attorneys' fees, costs, and expenses.

1

Dated:  May 26, 2026

Respectfully submitted,

*/s/ Justin E. Herdman*

Justin E. Herdman (OH #80418)
Michael S. Quinlan (OH # 88386)
**JONES DAY**
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Tel:  (216) 586-3939
Fax:  (216) 579-0212
jherdman@jonesday.com
msquinlan@jonesday.com

*/s/ James Pasch*

James Pasch (OH #0086809)
**Anti-Defamation League**
605 Third Avenue
New York, NY 10158-3650
Tel: 212-885-5806
jpasch@adl.org

*Attorneys for Plaintiffs*
*Community Church of Chesterland Ohio,*
*Megan Carver, and Constance Becker*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 26, 2026, a copy of the foregoing was filed with the Clerk of the Court via the Court's CM/ECF system, which will send notification to all counsel of record.  Further, a copy of the same was sent via USPS First Class Mail to the following:

Aimenn D. Penny (#51942-510)
FCI McDowell
Federal Correctional Institution
P.O. Box 1009
Welch, WV 24801

/s/ Justin E. Herdman
Justin E. Herdman (OH #80418)

*Attorneys for Plaintiffs*
*Community Church of Chesterland Ohio,*
*Megan Carver, and Constance Becker*

3