UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE COMMUNITY CHURCH OF CHESTERLAND OHIO, *et al.*, | ) ) ) | CASE NO.  1:24-cv-00642 |
| Plaintiffs, | ) ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) ) | |
| AIMENN PENNY, *et al.*, | ) ) | **ORDER** |
| Defendants. | ) ) | |

On May 26, 2026, Plaintiffs The Community Church of Chesterland Ohio, Megan Carver, and Constance Becker ("Plaintiffs") moved to dismiss without prejudice all claims asserted against Defendant Sherri Perdue.  (Doc. 64.)  Pursuant to Rule 21 of the Federal Rules of Civil Procedure, the claims asserted by Plaintiffs against Defendant Sherri Perdue are DISMISSED without prejudice.

**IT IS SO ORDERED.**

Date:   May 29, 2026

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE