## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |
|---|---|
| THE COMMUNITY CHURCH OF CHESTERLAND OHIO, MEGAN CARVER, and CONSTANCE BECKER, <br><br> Plaintiffs, <br><br> v. <br><br> AIMENN D. PENNY, CHRIS UTHE, BRANDON PERDUE, SHERRI PERDUE, and UNNAMED MEMBERS OF WHITE LIVES MATTER OHIO, <br><br> Defendants. | Civil Action No.: 1:24-cv-00642-BMB <br><br> Judge Bridget Meehan Brennan |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.9, Plaintiffs Community Church of Chesterland, Ohio, Megan Carver, and Constance Becker ("Plaintiffs") hereby moves this Court to withdraw the appearance of Eryn M. Siesel as counsel for Plaintiffs in this action. Withdrawal is necessary because Ms. Siesel will no longer work for Jones Day after July 15, 2026.

Jones Day and the Anti-Defamation League will continue to serve as counsel for Plaintiffs. The matter has not been set for trial, and the withdrawal will not occasion a request for an extension of any deadlines in the case. Accordingly, the withdrawal of Ms. Siesel as counsel for Plaintiffs will not delay the adjudication of this matter or otherwise prejudice any party.

WHEREFORE, Plaintiffs respectfully request that the Court grant an Order withdrawing Eryn M. Siesel as counsel for Plaintiffs in this matter.

Dated: July 9, 2026

Respectfully submitted,

/s/ Eryn M. Siesel

Eryn M. Siesel
(Ohio Bar No. 102470)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-7030
Facsimile: (216) 579-0212
esiesel@jonesday.com

*Attorney for Plaintiffs Community
Church of Chesterland Ohio, Megan
Carver, and Constance Becker*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 9, 2026, a copy of the foregoing was filed

with the Clerk of the Court via the CM/ECF system, which will send notification to all counsel of

record.  Further, a copy of the foregoing was sent via USPS First Class Mail to the following:

Aimenn D. Penny (#51942-510)
FCI McDowell
Federal Correctional Institution
P.O. Box 1009
Welch, WV 24801

*/s/ Eryn M. Siesel*
Eryn M. Siesel
